# MINUTE ORDER

CASE NUMBER:     CIVIL NO. 19-00551 LEK-KJM

CASE NAME:     Jon K. Yamada vs. United Airlines, Inc.

JUDGE:     Leslie E. Kobayashi      DATE:      1/28/2021

COURT ACTION: EO: COURT ORDER RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    On September 16, 2020, Defendant United Airlines, Inc. ("Defendant") filed its Motion for Summary Judgment ("Motion"). [Dkt. no. 29.] On November 21, 2020, Plaintiff Jon K. Yamada ("Plaintiff") filed his memorandum in opposition to the Motion, and on November 27, 2020, Defendant filed its reply. [Dkt. nos. 41, 49.] The matter came on for hearing on December 11, 2020. [Dkt. no. 54.]

    The parties are hereby informed that the Motion is GRANTED. Based on the record in this case, this Court finds that there are no genuine issues of material fact, and concludes that Defendant is entitled to judgment as a matter of law as to Plaintiff's Haw. Rev. Stat. § 378-62 claim because he failed "[t]o establish a prima facie claim under the [Hawai`i Whistleblowers' Protection Act], [by proving] that (1) he engaged in a protected activity, (2) he was subjected to an adverse employment action, and (3) the adverse employment action resulted because of his participation in the protected activity." See Henao v. Hilton Grand Vacations Co., CIVIL NO. 16-00646 DKW-RLP, 2017 WL 4479253, at *7 (D. Hawai`i Oct. 6, 2017) (citations omitted); Fed. R. Civ. P. 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."). Summary judgment is therefore granted in favor of Defendant.

    A written order will follow that will supersede these rulings. If Plaintiff wishes to file a motion for reconsideration, he must wait until the written order is filed to do so.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager